## HIGHLY SENSITIVE DOCUMENTS

The Honorable Clerk and Master
united states court of appeals for the federal circuit
western district of olkahoma
oklahoma city, oklahoma
united states of america

dear clerk,

the suit included herewith is a special cause relating to evidence and documents of a private proprietary and confidential nature. we request the following special requirements by this honorable court be met in order to protect and preserve the ends of justice and the rights and interests of the parties to this suit:

1. grant suitor leave of the court to enter into the exclusive original jurisdiction of equity.

2. seal the cause on the register in chancery.

3. comment suit and proceed under seal, ex parte.

4. assign judge under authority of article III, §2, subd. 1 of this constitution for the united states of america.

5. schedule evidentiary hearing with judge in private chambers to enter private, proprietary evidence in support of the suit.

6. that the honorable court grant an immediate review determination.

7. issue process in the form of this court's subpoena.

the suit to be specially deposited on the record are included herewith as follows: 1) motion for leave of the court to enter into the original exclusive jurisdiction of this court and petition to seal, ex parte 2) notice of conflict and variance, original bill, 4) affidavit in support of bill, 5) table of authorities 6) notice of the law of the trust 8) notice of the law of the suit.

please contact me if i may be of any help to you or your staff. your prompt attention in this matter is greatly appreciated and i thank you in advance for your service in this cause.

yours truly,
**israel, gabaryaahla**, Suitor
c/o address

united states of america.