IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GABARYAAHLA ISRAEL and<br>AKIVA ISRAEL, Beneficiaries,<br><br> Plaintiffs,<br><br>v.<br><br>MIDFIRST BANK, et. al.,<br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. CIV-24-1255-D<br>)<br>)<br>)<br>)<br>) |

## Order

  Before the Court is the Motion for Relief from Local Rule Requiring Association of Local Counsel [Doc. No. 13] and The Trump Organization's Motion to Dismiss [Doc. No. 14].

  Defendant, The Trump Organization, filed both motions on February 11, 2025. Plaintiff has since filed a Second Amended Complaint [Doc. No. 16]. The Second Amended Complaint does not name The Trump Organization as a defendant. Furthermore, the Second Amended Complaint supersedes Plaintiff's prior pleadings and renders them of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991); *see also Miller v. Glanz*, 948 F.2d 1562, 1565 (10th Cir. 1991). Consequently, The Trump Organization is no longer a defendant in this case.

  **IT IS THEREFORE ORDERED** that the Motion for Relief from Local Rule Requiring Association of Counsel [Doc No. 14] and The Trump Organization's Motion to Dismiss [Doc. No. 15] are **DENIED** as moot.

**IT IS SO ORDERED** this 4th day of March 2025.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge