# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GABARYAAHLA ISRAEL and AKIVA ISRAEL, Beneficiaries,<br><br>Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>Defendants. | Case No. CIV-24-1255-D |

## JUDGMENT

Pursuant to the Order filed contemporaneously, this action is DISMISSED WITHOUT PREJUDICE to refiling.

**IT IS SO ORDERED** this 11th day of July 2025.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge